UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.09cr2585 JM |
| Plaintiff, | ) ) | |
| v. | ) ) | ORDER GRANTING MOTION TO SHORTEN TIME [Docket No. 11] |
| SALVADOR DE JESUS SANCHEZ-MIRANDA, | ) ) ) | |
| Defendants. | ) ) | |

Good cause appearing, it is hereby ordered that Defendant's Motion to Shorten Time to File Further Motions is GRANTED and Defendant may file his Motion for Discovery and Leave to File further Motions on August 26, 2009.

IT IS SO ORDERED.

DATED: August 26, 2009

_____
Hon. Jeffrey T. Miller
United States District Judge